AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MARY B. LEGGETT,**

        Plaintiff,

        V.        CASE NUMBER: **04-C-422**

**MILWAUKEE COUNTY,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment is Granted. The plaintiff has not shown a materially adverse employment action to sustain a claim under Title VII.**
**This action is hereby DISMISSED.**

    **November 13, 2006**
Date                                       Clerk

                                                    s/ Linda M. Zik
                                                    (By) Deputy Clerk